**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CORIE RODRIGUS FRAZIER                                                    PETITIONER
ADC #154909

V.                            CASE NO. 5:16-CV-00345-JLH-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction                                        RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly. A certificate of appealability will not issue.

SO ORDERED this 9th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE