IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CORIE RODRIGUS FRAZIER　　　　　　　　　　　　　　　　　　　　　PETITIONER
ADC #154909

V.　　　　　　　CASE NO. 5:16-CV-00345-JLH-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction　　　　　　　　　　　　　　　　RESPONDENT

## **JUDGMENT**

Frazier's petition for a writ of habeas corpus is dismissed with prejudice.

SO ADJUDGED this 9th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE